## COX *v.* WARDEN OF MARYLAND PENITENTIARY

[P. C. No. 96, September Term, 1959.]

*Decided April 18, 1960.*

Before BRUNE, C. J., and HENDERSON, HAMMOND, PRESCOTT and HORNEY, JJ.

PER CURIAM.

For the reasons stated in Judge Oppenheimer's opinion in the trial court for denying relief, the application for leave to appeal is denied.

*Application denied.*